**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 171 EAL 2018
                                   :
              Respondent           :
                                   :
                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court
              v.                   :
                                   :
                                   :
RYAN LEE DUBOISE,                  :
                                   :
              Petitioner           :

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.